```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 16304
   VICTOR NUNEZ
   KARRIE A NUNEZ                              CHAPTER 13

                                               JUDGE: MANUEL BARBOSA

           Debtor
   SSN XXX-XX-7483     SSN XXX-XX-4086

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/07/07 and confirmed on 11/20/07.

     2.  The case was dismissed after confirmation, 11/20/2008.

     3.  The Debtor paid a total of $    6140.00 .

     4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
COUNTRYWIDE FINANCIAL    CURRENT MORTG          .00            .00            .00
COUNTRYWIDE FINANCIAL    MORTGAGE ARRE      3060.76            .00        3060.76
UMLI/HOMEVEST CAPITAL LL SECURED                .00            .00            .00
UMLI/HOMEVEST CAPITAL LL MORTGAGE ARRE      3191.72            .00         237.34
ASTHMA & ALLERGY CARE CE UNSECURED        NOT FILED            .00            .00
CDA PONTIAC              UNSECURED           1786.40           .00            .00
CREDITORS COLLECTION     UNSECURED           3334.45           .00            .00
DEPENDON COLLECTION SVC  UNSECURED        NOT FILED            .00            .00
PREMIER BANKCARD/CHARTER UNSECURED            397.67           .00            .00
MEDICAL COLLECTION SYSTE UNSECURED        NOT FILED            .00            .00
NCO FINANCIAL SYSTEMS    UNSECURED        NOT FILED            .00            .00
NICOR GAS                UNSECURED           1530.25           .00            .00
ASSET ACCEPTANCE CORP    UNSECURED            539.40           .00            .00
          Summary of disbursements:
-------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  6252.48         .00       7588.17         .00       13840.65
PRINCIPAL PAID      3298.10         .00           .00         .00        3298.10
INTEREST PAID           .00         .00           .00         .00             .00
TOTAL PAID          3298.10         .00           .00         .00        3298.10
The Debtor's attorney, LEGAL HELPERS PC                 , was allowed $   3500.00
and was paid $    1000.00   direct and $    2500.00  through the plan.

The Trustee received $     341.90 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 02/11/09                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```